UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID HABIB,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel,<br>UNITED STATES COUNTY CONGRESS<br>OVERSIGHT COMMITTEE (NGO),<br>MICHAEL ANTHONY ZARZANO,<br>FLORIDA COUNTY CONGRESS<br>OVERSIGHT COMMITTEE (NGO),<br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 2:21-cv-01694-JAD-EJY<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, filed what appears to be a proposed complaint with the Clerk of Court in an attempt to commence a civil action in this Court. ECF No. 1-1. However, Plaintiff neither paid the $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*, which he must do pursuant to 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 if he wishes to proceed without paying the mandatory filing fee. Local Rule LSR 1-1 states: "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities."

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **November 1, 2021**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form, in compliance with 28 U.S.C. § 1915(a) and LSR 1-1; or (2) pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

1  IT IS FURTHER ORDERED that failure to comply with this Order may result in a recommendation to dismiss this action without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall retain, but not file Plaintiff's proposed complaint. ECF No. 1-1.

Dated this 16th day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE