UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

David Habib,

        Plaintiff

v.

United States of America ex rel, United States County Congress Oversight Committee, et al.,

        Defendants

Case No.: 2:21-cv-1694-JAD-EJY

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 4]

On September 16, 2021, the court gave Plaintiff David Habib until November 1, 2021, to pay the $402 filing fee for this action or file an application to proceed in forma pauperis. The plaintiff was warned that his failure to file an amended complaint by that deadline would result in a recommendation that this case be dismissed.[1] When the plaintiff filed nothing by that deadline, the magistrate judge entered a report and recommendation (R&R) that this case be dismissed.[2] The deadline for the plaintiff to object to that recommendation was November 22, 2021, and the plaintiff neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] ECF No. 3.

[2] ECF No. 4.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 4] is ADOPTED** in its entirety.  This action is DISMISSED, and the Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 24, 2021